AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jesus GARCIA Rodriguez (YOB:1987) MX<br><br>_Defendant(s)_ | Case No.  M:21mj0027-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 5, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Conspiracy to possess with intent to distribute approximately 1.08 kilograms of crystal methamphetamine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Complaint Authorized: AUSA Michael Mitchell 1/7/2021
Sworn to and executed by reliable electronic means, sworn to U.S. Magistrate Judge J. Scott Hacker and attested telephonically per Fed.R.CR.4.1, and probable cause found on:

/s/ Kevin Sincerbox
_Complainant's signature_

Kevin Sincerbox, DEA SA
_Printed name and title_

Date: 01/07/2021 @ 10:00AM

City and state: McAllen, TX

_Judge's signature_

U.S. Magistrate J. Scott Hacker
_Printed name and title_

## ATTACHMENT A

1. On January 5, 2021, a Hidalgo County Sherriff's Deputy conducted a traffic stop on a Red Chevrolet Tahoe for conducting an improper lane change by failing to use a signal.
2. DEA Agents conducting surveillance in the area observed the vehicle stop and pulled behind the Hidalgo County Sherriff marked unit to offer assistance if needed.
3. DEA Agents observed one Deputy talking to a male driver at the rear of the suspect vehicle, and another Deputy speaking with another male by the front passenger seat who was making furtive movements and going in and out of the vehicle.
4. DEA Agents approached to offer assistance to the Deputies based on officer safety concerns.
5. A DEA Agent noticed a third individual moving around in the rear passenger seat, later identified as Jesus GARCIA Rodriguez and asked him to step out of the vehicle for officer safety. The DEA Agent noticed a bulge in the front of GARCIA's shirt and GARCIA attempting to adjust his waistband. The DEA Agent conducted a weapons sweep for officer safety and immediately felt a hard object concealed in the front of GARCIA's waistband. The DEA Agent lifted GARCIA's shirt, revealing a clear plastic package containing a clear crystal like substance appearing to be suspected methamphetamine. The DEA Agent discovered another bundle containing suspected methamphetamine duct taped to GARCIA's back. GARICA was placed in custody.
6. DEA Agents conducted a post Miranda interview of GARCIA. GARCIA admitted to knowingly transporting narcotics into the US, that he was going to be paid $500.00 US currency to do so, and that he was in communication with drug traffickers in Mexico and told by them that he was going to be picked up by a passenger vehicle in Hidalgo, Texas.
7. The seized substance was field tested positive for the characteristics of methamphetamine and weighed approximately 1.08 kilograms.